NUMBER 13-08-142-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

OSCAR BELTRAN, JR., Appellant,


v.



CELITA SUZANNA CARPENTIER, Appellee.

_____________________________________________________________


On appeal from the 28th District Court of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Oscar Beltran, Jr., and appellee, Celita Suzanna Carpentier, have filed
a "Joint Motion for Nonsuit of Appeal with Prejudice." According to the motion, the parties
have reached an agreement to settle and compromise their differences. Appellants
request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the joint motion to dismiss
the appeal, is of the opinion that the motion should be granted. See Tex. R. App. P.
42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 10th day of July, 2008.